**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7601**

---

LEVON TODD,

                                   Plaintiff - Appellant,

        versus

DEAN WALKER; ALICE LEONARD,

                                   Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Shelby.  Graham C. Mullen, Chief District Judge.  (CA-98-167-4-1-MU)

---

Submitted:  March 11, 1999          Decided:  March 18, 1999

---

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Levon Todd, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Todd v. Walker</u>, No. CA-98-167-4-1-MU (W.D.N.C. Sept. 30, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>